# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

Jeramie S. Huber,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

IKORCC Pension Plan,
[*The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number 2:23 CV 71
[*For a new case in this court, leave blank. The court will assign a case number.*]

FILED
FEB 28 2023
Chanda J. Berla, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] IKORCC Pension Plan (Board of Trustees) | P.O. Box 969 Troy, MI 48099-0969 |
| 2 | [*Put the names of any other defendants in these boxes.*] Employer and Union trustees along with Agent of service of legal process listed in Attached document | |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __1__

2. What is your address? ~~P.O. Box 969  Troy, MI 48099-0969~~
   4125 Wabash Ave   Hammond, IN 46327   J.H.

3. What is your telephone number: (312) 219-3841

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am suing the ILoRCC pension plan for Illegal Investment of Funds (failing to adhere to the bylaws).

The Board of trustees continually fails to provide documents and funds requested as their bylaws state should be done so upon request.

My Contributions have been used to generate profits in areas other than agreed upon through unlawful investment practices. I made a request with the ILoRCC Board of trustees to address the issues and obtain those funds and am being ignored (disregarded).

I am suing for Contributions Along with all Interest and Compounding Interest earned on my contributions from 2005 to date in both NWI pension plan and newer ILoRCC pension plan. Along with access to previously requested documents.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ⦿ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Meet my request for distribution of Funds

*All Contributions from NWJ plan with All Interest earned Along with Albe: Interest earned on these funds in the IUOECC pension plan

FILING FEE – Are you paying the filing fee?
- ⦿ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
- ✓ I will keep a copy of this complaint for my records.
- _____ I will promptly notify the court of any change of address.
- _____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____                              02/28/2023
Signature                                                                  Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]