# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JERAMIE S. HUBER

       Plaintiff

   v.

                                                        Civil Action No.  2:23-cv-71

IKORCC, *Pension plan (Board of Trustees)*

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: Plaintiff Jeramie S Huber's complaint is DISMISSED WITH PREJUDICE and final judgment ENTERED in favor of Defendant IKORCC and against Plaintiff Jeramie S Huber on all Plaintiff's claims.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Magistrate Judge Andrew P Rodovich.

DATE: 4/10/2024                             CHANDA J. BERTA, CLERK OF COURT

                                                               by   s/A. Highlen_____
                                                                 *Signature of Clerk or Deputy Clerk*